**Ruben Quintero NIEVES; et al., Petitioners,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–71978.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 5, 2005.\*

Decided Dec. 14, 2005.

Ruben Quintero Nieves, Las Vegas, NV, pro se.

Francisca Perez Rodriguez, Las Vegas, NV, pro se.

CAC–District Counsel, Esq., Office of the District Counsel, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, San Francisco, CA, Office of Immigration Lit., U.S. Department of Justice, Washington, DC, for Respondent.

Before: GOODWIN, W. FLETCHER, and FISHER, Circuit Judges.

MEMORANDUM \*\*

Ruben Quintero Nieves and Francisca Perez Rodriguez, married natives and citizens of Mexico, petition pro se for review of the Board of Immigration Appeals' decision affirming an immigration judge's denial of their applications for cancellation of

removal. We lack jurisdiction to review whether the petitioners have demonstrated the requisite "exceptional and extremely unusual hardship" to qualifying relatives for cancellation of removal. *See* 8 U.S.C. § 1252(a)(2)(B)(i); *Martinez–Rosas v. Gonzales,* 424 F.3d 926, 930 (9th Cir.2005).

**PETITION FOR REVIEW DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.